**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual          12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name** _____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

_____
Number      Street

_____

_____
City                    State    ZIP Code

_____
County

**Mailing address, if different**

_____
Number      Street

_____
P.O. Box

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City                    State    ZIP Code

Debtor _____    Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❑ Partnership (excluding LLP) |
| | | ❑ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❑ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❑ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ❑ None of the types of business listed. |
| | | ❑ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ❑ No |
| | | ❑ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                           MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                           MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ❑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ❑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ❑ No |
| | | ❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205                                               Involuntary Petition Against a Non-Individual                              page 2

Debtor _____
     Name

Case number (*if known*)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | _____ | _____ | $ _____ |
| | **(SEE RIDER)** | Total of petitioners' claims | $ _____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____  _____  _____
City                                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____  _____  _____
City                                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/20/2024
               MM / DD / YYYY

✗ _/s/ C. Bau_____
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____  _____  _____
City                                    State          ZIP Code

Contact phone _____  Email _____

Bar number _____

State   _____

✗ /s/ David M. Posner
_____
Signature of attorney

Date signed   12/23/2024
              MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor _____   Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
          MM  / DD / YYYY

✘ _____[signature]_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State          _____

✘ _____/s/ David M. Posner_____
Signature of attorney

Date signed   12/23/2024
           MM  / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
          MM  / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                                                State          ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State          _____

✘ _____
Signature of attorney

Date signed   _____
           MM  / DD / YYYY

Debtor _____   Case number (if known) _____
         Name

**Name and mailing address of petitioner**
David Chen
Name
41-11  Judge Street
Number  Street
Elmhurst            NY        11373
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number  Street
_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

David M. Posner
Printed name
Lowenstein Sandler LLP
Firm name, if any
1251  Avenue of the Americas
Number  Street
New York             NY        10020
City                 State     ZIP Code
Contact phone  212-419-5875   Email _____
Bar number     2291953
State          NY

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**
Weijen Hsieh
Name
82  Brentwood Circle
Number  Street
Bloomsburg          PA        17815
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**
_____
Name
_____
Number  Street
_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/20/2024
            MM / DD / YYYY

✗ /s/ Weijen Hsieh
Signature of petitioner or representative, including representative's title

David M. Posner
Printed name
Lowenstein Sandler LLP
Firm name, if any
1251  Avenue of the Americas
Number  Street
New York             NY        10020
City                 State     ZIP Code
Contact phone  212-419-5875   Email  dposner@lowenstein.com
Bar number     2291953
State          NY

✗ /s/ David M. Posner
Signature of attorney

Date signed  12/23/2024
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor  Fast Track Trading LLC
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

Srikanth Leburu
Name

4109 Fall Aster Way
Number   Street

Aubrey                TX           76227
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2024
             MM / DD / YYYY

✗ *Srikanth leburu*
Signature of petitioner or representative, including representative's title

---

David M. Posner
Printed name

Lowenstein Sandler LLP
Firm name, if any

1251 Avenue of the Americas
Number   Street

New York              NY           10020
City                  State        ZIP Code

Contact phone  212-419-5875    Email  dposner@lowenstein.com

Bar number  2291953

State  NY

✗ /s/ David M. Posner
Signature of attorney

Date signed  12/23/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jonathan Peck
Name

14951 Midway Road
Number   Street

Addison               TX           75001
City                  State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

David M. Posner
Printed name

Lowenstein Sandler LLP
Firm name, if any

1251 Avenue of the Americas
Number   Street

New York              NY           10020
City                  State        ZIP Code

Contact phone  212-419-5875    Email  dposner@lowenstein.com

Bar number  2291953

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 5

Debtor **Fast Track Trading LLC**  
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Srikanth Leburu  
Name

1409 Fall Aster Way  
Number  Street

Aubrey                    TX         76227  
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____  
             MM / DD / YYYY

✗ _____  
Signature of petitioner or representative, including representative's title

---

**David M. Posner**  
Printed name

**Lowenstein Sandler LLP**  
Firm name, if any

**1251 Avenue of the Americas**  
Number  Street

**New York**              NY          10020  
City                      State       ZIP Code

Contact phone  212-419-5875    Email dposner@lowenstein.com

Bar number  2291953

State  NY

✗ _____  
Signature of attorney

Date signed _____  
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jonathan Peck  
Name

14951 Midway Road  
Number  Street

Addison                   TX         75001  
City                      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number  Street

_____  
City          State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2024  
             MM / DD / YYYY

✗ /s/ Jonathan Peck  
Signature of petitioner or representative, including representative's title

---

**David M. Posner**  
Printed name

**Lowenstein Sandler LLP**  
Firm name, if any

**1251 Avenue of the Americas**  
Number  Street

**New York**              NY          10020  
City                      State       ZIP Code

Contact phone  212-419-5875    Email dposner@lowenstein.com

Bar number  2291953

State  NY

✗ /s/ David M. Posner  
Signature of attorney

Date signed  12/23/2024  
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 5

Debtor  **Fast Track Trading LLC**  Case number (*if known*)_____
Name

**Name and mailing address of petitioner**

Rashida Simmons
Name

2849 Dallas Street, #323
Number    Street

Kennesaw            GA        30144
City                State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/20/2024
             MM / DD / YYYY

✗ *Rashida Simmons* (signature)
Signature of petitioner or representative, including representative's title

David M. Posner
Printed name

Lowenstein Sandler LLP
Firm name, if any

1251 Avenue of the Americas
Number    Street

New York            NY        10020
City                State     ZIP Code

Contact phone  212-419-5875    Email dposner@lowenstein.com

Bar number   2291953

State   NY

✗ /s/ David M. Posner
Signature of attorney

Date signed  12/23/2024
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 6

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| David M. Posner (*pro hac vice* admission forthcoming)<br>Gianfranco Finizio (*pro hac vice* admission forthcoming)<br>Kelly E. Moynihan (*pro hac vice* admission forthcoming)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Facsimile: (212) 262-7402<br>Email:  dposner@lowenstein.com<br>         gfinizio@lowenstein.com<br>         kmoynihan@lowenstein.com<br>-and-<br><br>Michael Papandrea<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>Email: mpapandrea@lowenstein.com<br><br>*Counsel for Petitioners* | |
| In re:<br><br>FAST TRACK TRADING LLC,<br><br>                 Alleged Debtor. | Chapter 7<br><br>Case No. 24- _____ ( \_\_ ) |

**RIDER TO INVOLUNTARY PETITION AGAINST NON-INDIVIDUAL**

Petitioners declare under penalty of perjury that the following is true and correct according to the best of their knowledge, information, and belief:

### Question 13 – Continued

| **Name of Petitioner** | **Nature of Petitioner's Claim** | **Amount of the Claim Above the Value of Any Lien** |
|---|---|---|
| Srikanth Leburu | Trading Profits/Breach of Contract | $329,266.41 |
| Jonathan Peck | Trading Profits/Breach of Contract | $106,484.31 |
| Rashida Simmons | Trading Profits/Breach of Contract | $353,749.00 |