UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on January 29, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Fast Track Trading LLC

Case No.: 24-22595

Hearing Date:

Judge: Michael B. Kaplan

## ORDER FOR RELIEF

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 29, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On consideration of the involuntary petition filed on ____12/23/2024____ against the above named debtor, it is

ORDERED as follows:

1. An Order for Relief under Chapter __7__ of Title 11, United States Code, is hereby entered;

2. If the Order for Relief is entered under Chapter 11, the debtor shall, pursuant to Fed. R. Bank. P. 1007(d), file a list of its 20 largest creditors within two (2) days of the date of this Order.

3. Pursuant to U.S.C. §521, and Fed. R. Bankr. P. 1007(a)(2), the debtor shall file a list of creditors within 7 days of the date of this order.

4. The debtor shall file schedules, statements and other documents pursuant to U.S.C. §521, and Fed. R. Bankr. P. 1007(b)(1) within 14 days of the date of this order.

The petitioning creditor(s) shall serve this order on all parties in interest.

*rev.12/1/10*