# Bankruptcy Petition #: 24-22595-MBK

# This Motion Is Being Entered for Administrative and Quality Control Purposes Only. No Hearing Will Be Scheduled.