Order Filed on March 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GENOVA BURNS, LLC**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Tele: (973) 387-7801
Counsel for John M. McDonnell, Ch. 7 Trustee
SCOTT S. REVER, ESQ.

In Re:

**FAST TRACK TRADING, LLC,**

Debtor.

Case No.: 24-22595 MBK and 25-10470 MBK

Chapter: 7

Hearing Date: March 11, 2025

Judge: Michael B. Kaplan

**ORDER CONSOLIDATING CASES**

The relief set forth on the following page, numbered two (2) is **ORDERED.**

**DATED: March 12, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

Debtor: Fast Track Trading, Inc.

Case nos.: 24-22595 MBK and 25-10470 MBK

Caption of Order: Order Consolidating Cases

---

**THIS MATTER**, having come before the Court on the Court's Order to Show Cause dated February 25, 2025 with respect to two pending bankruptcy cases filed with respect to the Debtor, an involuntary bankruptcy case, case number 24-22595 (the "Involuntary Case") and a voluntary bankruptcy case filed under case number 25-10470 (the "Voluntary Case"); and the Court having considered all responses filed with respect thereto; and for good cause shown; it is herby

**ORDERED**, that the Voluntary Case and Involuntary Case shall be consolidated under the Voluntary Case number 25-10470 MBK; and it is further

**ORDERED**, that the Petition Date with respect to the now consolidated cases shall be the date of the filing of the Involuntary Petition, December 23, 2024; and it is further

**ORDERED**, that the Order for Relief shall be the date of the filing of the Voluntary petition, January 16, 2025; and it is further

**ORDERED**, that a copy of this Order shall be entered on the docket in both cases upon its entry.